1  Andrew Rundquist (CA Bar. No. 262523)
2  Law Office of Andrew P Rundquist
3  501 W Broadway Suite A144
   San Diego, CA 92101
4  Tel: (619)992-9148
   Email: andrew@rundquistlaw.com
5
6  Attorney for Plaintiff
   Mohammad Ali Hedayati
7

8               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9

10 | MOHAMMAD ALI HEDAYATI,                | Case No. 8:17-cv-00719
11 |                                       | Honorable David O. Carter
   |     Plaintiff(s),                     |
12 |                                       | **NOTICE OF SETTLEMENT**
13 |     v.                                |
14 | THE JUDGE LAW FIRM, APC; and          |
   | DOES 1-50, Inclusive,                 |
15 |                                       |
16 |     Defendant(s).                     |

17

18 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
19 **RECORD:**
20     Please take notice that Plaintiff and Defendant have reached a settlement in
21 the above-referenced case.  A formal settlement agreement has been circulated
22 between the parties for execution.  Once all of the appropriate signatures have been
23 obtained, an executed Stipulation of Dismissal of the entire action will be filed.
24
25

| | | |
|---|---|---|
| 1 | Date: February 28th, 2018 | Respectfully submitted, |
| 2 | | **The Law Office of Andrew P Rundquist** |
| 3 | | By: /s/ Andrew Rundquist |
| 4 | | |
| 5 | | Andrew Rundquist (CA Bar. No. 262523) ATTORNEY FOR PLAINTIFF |

- 2 -    *Case# 8:17-cv-00719*

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business address is Law Office of Andrew P. Rundquist, 501 W Broadway Suite A144, San Diego, CA. 92101.

On February 28th, 2018 I served the foregoing document(s):

NOTICE OF SETTLEMENT

CM/ECF-by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59pm.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 28th, 2018, San Diego, CA

By:    /s/ Andrew P Rundquist
       Andrew P Rundquist